**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STEVEN J. BRANSFIELD, et al.,<br><br>　　　　　Defendants. | Case No. 6:20-cv-00372 |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENTRY OF STIPULATED FINAL ORDERS FOR PERMANENT INJUNCTION AND MONETARY JUDGMENT**

　　　　The Federal Trade Commission ("FTC" or "Plaintiff") respectfully moves the Court for entry of three separate proposed Stipulated Final Orders for Permanent Injunction and Monetary Judgment against Defendants Steven J. Bransfield, SB & A Media, Inc., SB&A Group, LLC, WeRunAds, LLC, Gar Leong Chow a/k/a John Chow, TTZ Media, Inc., Scott A. Zuckman, and Alpha Quad Enterprises, Inc.  The proposed stipulated final orders against Defendants Steven J. Bransfield, SB & A Media, Inc., SB&A Group, LLC, and WeRunAds, LLC are attached hereto as **Exhibit 1**; against Defendants Gar Leong Chow a/k/a John Chow and TTZ Media, Inc. are attached hereto as **Exhibit 2**; and against Defendants Scott A. Zuckman, and Alpha Quad Enterprises, Inc. are attached hereto as **Exhibit 3**.

　　　　All of the parties to this matter have agreed to the terms of the stipulated final orders in order to settle all pending claims by the FTC against the Defendants in this action without further notice to any party or other proceedings, as evidenced by their signatures.  None of the Defendants oppose this motion.

- 2 -

WHEREFORE, the FTC respectfully requests that the Court approve and enter the proposed stipulated final orders.

Respectfully submitted,

ALDEN F. ABBOTT
General Counsel

Dated:  March 3, 2020

Sung W. Kim (Trial Counsel)
Benjamin R. Davidson (Trial Counsel)
Federal Trade Commission
600 Pennsylvania Ave., NW, Mailstop CC-8528
Washington, DC 20580
Kim:  (202) 326-2211; skim6@ftc.gov
Davidson:  (202) 326-3055; bdavidson@ftc.gov
Fax:  (202) 326-3395

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

- 3 -

## CERTIFICATE OF SERVICE

      Pursuant to Local Rule 1.07(c), I hereby certify that on March 3, 2020, a copy of the foregoing document was served on counsel for all parties in the manner specified below:

**Via Facsimile & Email**

| | |
|---|---|
| Aaron Wernick | Wayne Gosnell |
| FurrCohen, P.A. | Clayman & Rosenberg LLP |
| 2255 Glades Road, Suite 301E | 305 Madison Avenue |
| Boca Raton, Florida 33431 | New York, New York 10165 |
| Tel. (561) 471-1569 | Tel. (212) 922-1080 |
| Fax (561) 338-7532 | Fax (212) 949-8255 |

*Counsel for Defendants Steven J. Bransfield, SB & A Media, Inc., SB&A Group, LLC and WeRunAds, LLC*

Patrick Cooper
Fraser Stryker PC LLO
500 Energy Plaza, 409 South 17th Street
Omaha, Nebraska 68102
Tel. (402) 978-5376
Fax (402) 341-8290

*Counsel for Defendants Gar Leong Chow a/k/a John Chow and TTZ Media, Inc.*

Theodore F. Monroe
The Law Offices of Theodore F. Monroe
800 West 6th Street, Suite 600
Los Angeles, California 90017
Tel. (213) 233-2272
Fax (213) 622-1444

*Counsel for Defendants Scott A. Zuckman, and Alpha Quad Enterprises, Inc.*

      I declare under penalty of perjury that the foregoing is true and correct. Executed on March 3, 2020 in Washington, D.C.

 

_____
Sung W. Kim
Attorney for Plaintiff