UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**FEDERAL TRADE COMMISSION,**

      **Plaintiff,**

v.                                                                                  **Case No: 6:20-cv-372-Orl-41GJK**

**STEVEN J. BRANSFIELD, SB & A MEDIA, INC., SB&A GROUP, LLC, WERUNADS, LLC, GAR LEONG CHOW, TTZ MEDIA, INC., SCOTT A. ZUCKMAN and ALPHA QUAD ENTERPRISES, INC.,**

      **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Unopposed Motion for Entry of Stipulated Final Orders for Permanent Injunction and Monetary Judgement (Doc. 2). For the reasons set forth therein, it is **ORDERED** and **ADJUDGED** as follows:

1. Plaintiff's Unopposed Motion for Entry of Stipulated Final Orders for Permanent Injunction and Monetary Judgement (Doc. 2) is **GRANTED**.

2. The Stipulated Orders for Permanent Injunction and Monetary Judgment (Doc. Nos. 2-1, 2-2, and 2-3) are **ADOPTED** and incorporated herein as a part of this Order.

3. The Court retains jurisdiction over this action, including over the construction, modification, and enforcement of the Stipulated Orders for Permanent Injunction and Monetary Judgment.

4. The Clerk is directed to enter judgments in favor of Plaintiff as follows:

    a. against Defendants Steven J. Bransfield, SB&A Media, Inc., SB&A Group, LLC, and WeRunAds, LLC, jointly and severally, in the amount of $4,710,149.00;

    b. against Defendants Gar Leong Chow a/k/a john Chow and TTZ Media, Inc., jointly and severally, in the amount of $3,350,000.00; and

    c. against Defendants Scott A. Zuckman and Alpha Quad Enterprises, Inc., jointly and severally, in the amount of $1,842,515.00.

5. Thereafter, the Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on April 13, 2020.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record